IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-vs-

MICHAEL ALAN JONES,

Defendant.

---

22-CR-6165DGL

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 922(g)(1)

(1 Count)

## COUNT 1

**(Felon in Possession of Firearm and Ammunition)**

**The United States Attorney Charges That:**

On or about March 19, 2022, in the Western District of New York, the defendant, **MICHAEL ALAN JONES,** knowing that he had previously been convicted on or about February 25, 2019, in the Superior Court Division, Alamance County, North Carolina, of crimes punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm, namely, one (1) Palmetto State Armory, Model PA 15, AR 15 semiautomatic rifle, bearing serial number SCD729076, and ammunition, namely, rounds of 7.62x51mm ammunition (Aguila).

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

DATED: Rochester, New York, December 9, 2022.

TRINI E. ROSS
United States Attorney
Western District of New York

BY: _____
CHARLES E. MOYNIHAN
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3971
Charles.moynihan@usdoj.gov